**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
TYRUS COBB
Nevada Bar No. 8031
Email(s):  ghayes@tysonmendes.com
            tcobb@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENISE MARIE BALLARD,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART, INC., a Foreign Corporation d/b/a Walmart #1584; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-00866 -JAD-NJK<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, between the parties and their attorneys of record, that the current discovery deadlines to be extended as indicated on page 3, pursuant to Local Rule 26-1(b) and 26-4.

**I.
DISCOVERY COMPLETED TO DATE**

1. The parties have conducted the FRCP 26.1 Early Case Conference.

2. Defendant produced its Lists of Witnesses and Documents on June 19, 2025,

3. Plaintiff produced her Lists of Witnesses and Documents on June 3, 2025.

4. Plaintiff produced her First Supplement to Lists of Witnesses and Documents on June 17, 2025.

5. Plaintiff propounded her First Set of Interrogatories (25 Interrogatories), Requests

1

for Production of Documents (25 Requests) to Defendant on July 3, 2025.

6. Defendant propounded its First Set of Interrogatories (25 Interrogatories), Requests for Production of Documents (32 Requests), and Requests for Admissions (26 Requests) to Plaintiff on August 19, 2025.

## II.
## DISCOVERY THAT REMAINS TO BE COMPLETED

1. Responses of Plaintiff to Defendant's First Set of Interrogatories (25 Interrogatories), Requests for Production of Documents (32 Requests), and Requests for Admissions (26 Requests).

2. Responses of Defendant to Plaintiff's First Set of Interrogatories (25 Interrogatories), Requests for Production of Documents (25 Requests).

3. Rule 35 Examination of Plaintiff.

4. Deposition of Plaintiff.

5. Inspection of the premises.

6. Deposition of Defendant Walmart, Inc. 30(b)(6) witness(es).

7. Designation of Initial Experts.

8. Designation of Rebuttal Experts.

9. Deposition(s) of Plaintiff's treating physicians.

10. Deposition of other percipient witnesses.

11. Depositions of experts.

12. Additional written discovery (if necessary).

13. Any remaining discovery the parties deem relevant and necessary as discovery continues.

## III.
## WHY DISCOVERY CANNOT BE COMPLETED WITHIN THE TIME PROVIDED BY THE CURRENT SCHEDULING ORDER

**A.     Good Cause**

LR 26-4 governs modifications or extension of the Discovery Plan and Scheduling Order.

Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-4. If the stipulation is made less than twenty-one (21) days before the expiration of a deadline, the parties must show a good cause exist. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Good cause exists for the following reasons: the parties have scheduled a mediation session for September 18, 2025 and are attempting to resolve this case without incurring unnecessary expenses, including costs associated with retention or experts. The parties agreed to extend all the current discovery deadlines by 60 days subject to the approval of this court.

## IV.

## PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

| Discovery Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Motion to Amend/Add Parties | June 18, 2025 | June 18, 2025 |
| Initial Expert Disclosures | October 20, 2025 | December 19, 2025 |
| All Rebuttal Expert Disclosures | November 19, 2025 | January 19, 2026 |
| Discovery Cut-Off Date | December 19, 2025 | February 17, 2026 |
| Dispositive Motions | January 19, 2026 | March 20, 2026 |
| Pretrial Order | February 18, 2026 or 30 days after resolution of dispositive motions | April 20, 2026 |

///

///

///

///

1  The parties represent this Stipulation is sought in good faith and with excusable neglect
2  and not interposed for delay or any other improper purpose.

3  Dated this 29th day of August, 2025.    Dated this 29th day of August, 2025.

4  **TYSON & MENDES LLP**    **MOSS BERG INJURY LAWYERS**

6  */s/ Griffith H. Hayes*    */s/Boyd Moss*
   GRIFFITH H. HAYES    BOYD B. MOSS
7  Nevada Bar No. 7374    Nevada Bar No. 8856
   TYRUS COBB    JOHN C. FUNK
8  Nevada Bar No. 8031    Nevada Bar No. 9255
   2835 St. Rose Pkwy., Suite 140    5420 West Sahara Avenue, Suite 101
9  Henderson, NV 89052    Las Vegas, Nevada 89146
10 *Attorneys for Defendant Walmart, Inc.*    *Attorneys for Plaintiff*

11 This stipulation includes several incorrect rules citations, but the relief sought is
12 **GRANTED.** In addition, a joint status report regarding mediation must be filed by
   September 25, 2025.

13     **IT IS SO ORDERED.**

15     _____
       UNITED STATES MAGISTRATE JUDGE

17     DATED: August 29, 2025

4