# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Denise Marie Ballard,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>Walmart, Inc.,<br><br>　　　　Defendant(s). | Case No. 2:25-cv-00866-JAD-NJK<br><br>**ORDER** |

With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

IT IS SO ORDERED.

Dated: December 18, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1