**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s):  ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENISE MARIE BALLARD,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART, INC., a Foreign Corporation d/b/a Walmart #1584; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-00866-JAD-MDC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 27 |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff DENISE MARIE BALLARD, an individual, by and through her counsel, MOSS BERG INJURY LAWYERS  and Defendant WALMART, INC., by and through its counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

Dated this 4th day of June, 2026.

**TYSON & MENDES LLP**


*/s/ Griffith Hayes*

GRIFFITH H. HAYES
Nevada Bar No. 7374
TYRUS COBB
Nevada Bar No. 8031
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant Walmart, Inc.*

Dated this 4th day of June, 2026.

**MOSS BERG INJURY LAWYERS**


/s/ Boyd Moss

BOYD B. MOSS
Nevada Bar No. 8856
JOHN C. FUNK
Nevada Bar No. 9255
5420 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

1

**ORDER**

Based on the parties' stipulation [**ECF No. 27**] and good cause appearing, IT IS HEREBY ORDERED that T**HIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____

**UNITED STATES DISTRICT JUDGE**

**June 8, 2026**

2